**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **CRIMINAL ACTION NO. 5:24-cr-00139**

**JAMES BENNETT,**

**Defendant.**

**DUE PROCESS PROTECTIONS ACT ORDER**
**TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS**

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and hereby **ORDERS** the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to all counsel of record herein.

**ENTERED**: **September 4, 2024**.

Omar J. Aboulhosn
United States Magistrate Judge