# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA
V.
JAMES BENNETT

## EXHIBIT AND WITNESS LIST

Case Number: 5:24-cr-00139

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Omar J. Aboulhosn | AUSA Brian D. Parsons | AFPD Clint Carte |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| AR & DH: 9.6.24 | CourtSmart | Tammy Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 9/6/2024 | | | Testimony of Katherine Walker |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.